UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andre R. Levesque

    v.                            Civil No. 10-cv-101-JL

Merrimack County Department of Corrections

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $25.40 is due no later than June 17, 2010.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                              _____
                              James R. Muirhead
                              United States Magistrate Judge

Date: May 17, 2010

cc:   Andre R. Levesque, pro se
       Bonnie S. Reed, Financial Administrator
       NH State Prison for Men, Inmate Accounts